IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:25-00032 |
| v. | ) | |
| | ) | 8 U.S.C. § 1326(a) |
| MIGUEL ROLDAN-SANTIAGO | ) | 8 U.S.C. § 1326(b)(2) |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

On or about January 18, 2025, in the Middle District of Tennessee, the defendant, **MIGUEL ROLDAN-SANTIAGO**, an alien, attempted to enter, entered, and was found in the United States after having been removed therefrom on or about September 21, 2022, at or near Brownsville, Texas, subsequent to a conviction for commission of an aggravated felony, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

A TRUE BILL

FOREPERSON

ROBERT E. McGUIRE
ACTING UNITED STATES ATTORNEY

HERBERT L. BUNTON III
ASSISTANT UNITED STATES ATTORNEY